# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTEN BROOKE TRUSTY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-20-235 |
| | § | |
| WALMART INC., | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to the memorandum opinion and order issued on October 15, 2020, defendant Wal-Mart Stores Texas, LLC's ("Walmart") motion to dismiss (Dkt. 12) is GRANTED. All of plaintiff Kristen Brooke Trusty's claims against Walmart are DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on October 15, 2020.

_____
Gray H. Miller
Senior United States District Judge